IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHEMEKIA WILLIAMS                                            PLAINTIFF
*On behalf of*
D.T., A MINOR

vs.                              Civil No. 1:10-cv-01028

MICHAEL J. ASTRUE                                           DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-

styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the

Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is

hereby dismissed with prejudice.

        **ENTERED this 4ᵗʰ day of April, 2011.**

                                        s/  Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U. S. MAGISTRATE JUDGE